1 | Thomas F. Bertrand, State Bar No. 056560
2 | Richard W. Osman, State Bar No. 167993
  | BERTRAND, FOX & ELLIOT
3 | The Waterfront Building
  | 2749 Hyde Street
4 | San Francisco, California 94109
  | Telephone: (415) 353-0999
5 | Facsimile:  (415) 353-0990
  | Email: rosman@bfesf.com
6 |
  | Attorneys for Defendants
7 | CITY OF SAN RAFAEL,
  | RYAN DEMARTA and RYAN COGBILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREGORY L. SULLIVAN and KOJI FUJITA, | Case No. CV 12-01922 MEJ |
|---|---|
| Plaintiffs, | |
| v. | |
| CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 100, | **DEFENDANTS CITY OF SAN RAFAEL, RYAN DEMARTA AND RYAN COGBILL'S REQUEST FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS; [~~PROPOSED~~] ORDER** |
| Defendants. | |

Defendants CITY OF SAN RAFAEL, RYAN DEMARTA and RYAN COGBILL hereby request an order from the court continuing the hearing date on their Motion to Dismiss in the above-named action, from the currently-set for June 21, 2012 to July 12, 2012 at 10:00 a.m. Defendants' counsel recently received a Notice of Non-Availability from plaintiffs' counsel, whose period of non-availability includes the previously-set hearing date for defendants' motion to dismiss. In order to accommodate

plaintiffs' schedule, defendants request the hearing date for the motion to dismiss be continued to Thursday, July 12, 2012 at 10:00 a.m.

Dated:  May 30, 2012                                           BERTRAND, FOX & ELLIOT

                                                             By:  /s/ *Richard W. Osman*
                                                                      Thomas F. Bertrand
                                                                      Richard W. Osman
                                                                      Attorneys for Defendants
                                                                      CITY OF SAN RAFAEL,
                                                                      RYAN DEMARTA and RYAN COGBILL

## [~~PROPOSED~~] ORDER

In light of plaintiffs' counsel's unavailability, and good cause appearing, IT IS HEREBY ORDERED that:

Defendants' Motion to Dismiss Plaintiffs' Complaint, currently set for June 21, 2012, shall be continued to July 12, 2012.

**IT IS SO ORDERED.**

Dated:  May 31, 2012

                                                        UNITED STATES MAGISTRATE JUDGE