Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
CITY OF SAN RAFAEL,
RYAN DEMARTA and RYAN COGBILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 100,<br><br>    Defendants. | Case No. CV 12-01922 MEJ<br><br>**DEFENDANTS CITY OF SAN RAFAEL, RYAN DEMARTA AND RYAN COGBILL'S REQUEST FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS; [PROPOSED] ORDER** |

Defendants CITY OF SAN RAFAEL, RYAN DEMARTA and RYAN COGBILL hereby request an order from the court continuing the hearing date on their Motion to Dismiss in the above-named action, from the currently-set for June 21, 2012 to July 12, 2012 at 10:00 a.m.  Defendants' counsel recently received a Notice of Non-Availability from plaintiffs' counsel, whose period of non-availability includes the previously-set hearing date for defendants' motion to dismiss.  In order to accommodate

plaintiffs' schedule, defendants request the hearing date for the motion to dismiss be continued to Thursday, July 12, 2012 at 10:00 a.m.

Dated:  May 30, 2012                           BERTRAND, FOX & ELLIOT

                                               By:  /s/ *Richard W. Osman*
                                                    Thomas F. Bertrand
                                                    Richard W. Osman
                                                    Attorneys for Defendants
                                                    CITY OF SAN RAFAEL,
                                                    RYAN DEMARTA and RYAN COGBILL

### [~~PROPOSED~~] ORDER

In light of plaintiffs' counsel's unavailability, and good cause appearing, IT IS HEREBY ORDERED that:

Defendants' Motion to Dismiss Plaintiffs' Complaint, currently set for June 21, 2012, shall be continued to July 12, 2012.

**IT IS SO ORDERED.**

Dated:  May 31, 2012                           _____
                                               UNITED STATES MAGISTRATE JUDGE

2

DEFENDANTS CITY OF SAN RAFAEL, RYAN DEMARTA AND RYAN COGBILL'S
REQUEST FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS