UNITED STATES DISTRICT COURT

Northern District of California

GREGORY L SULLIVAN,

        Plaintiff(s),

  v.

CITY OF SAN RAFAEL,

        Defendant(s).
_____/

No. C 12-01922 MEJ

**ORDER VACATING HEARING**

This matter is currently scheduled for a hearing regarding Defendant's Motion to Dismiss on July 12, 2012. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the July 12 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: July 10, 2012

                                        _____
                                        Maria-Elena James
                                        Chief United States Magistrate Judge