# UNITED STATES DISTRICT COURT

Northern District of California

GREGORY L SULLIVAN,                                          No. C 12-01922 MEJ

                Plaintiff(s),                         **ORDER VACATING CMC**

  v.

CITY OF SAN RAFAEL,

                Defendant(s).

_____/

      This case is scheduled for a Case Management Conference on August 2, 2012. However, as Defendants' motion to dismiss remains pending, the Court VACATES the August 2 conference and related deadlines. The Court shall reschedule the conference, if necessary, upon resolution of Defendants' motion.

**IT IS SO ORDERED.**

Dated: July 26, 2012

                                                                                    _____
                                                                                   Maria-Elena James
                                                                                   Chief United States Magistrate Judge