UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA,<br><br>               Plaintiffs,<br>  v.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 50,<br><br>               Defendants../<br>_____ | No. C 12-1922 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

      Pending before the Court is Plaintiff's Motion for Partial Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a <u>joint</u> statement of undisputed facts on or before March 21, 2013. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement.

      **IT IS SO ORDERED.**

Dated: March 14, 2013

                                                  _____
                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**