Thomas F. Bertrand, SBN 056560
Richard W. Osman, SBN 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, Ca 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
CITY OF SAN RAFAEL,
RYAN DEMARTA and RYAN COGBILL

James D. Rush, SBN 240284
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, CA 94945
Telephone: (415) 897-4801
Facsimile: (415) 897-5316

Attorney for Plaintiffs
GREGORY L. SULLIVAN and
KOJI FUJITA

Brian K. Gearinger, SBN 146125
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109
Telephone: (415) 440-3175
Facsimile: (415) 440-3103
Email: brian@gearingerlaw.com

Attorneys for Plaintiffs
GREGORY L. SULLIVAN and
KOJI FUJITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA,<br><br>    Plaintiffs,<br>        v.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 100,<br><br>    Defendants. | Case No.: CV 12-01922 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR DISCLOSURE OF EXPERTS AND DISCLOSURE OF REBUTTAL EXPERTS** |

The parties, by and through their respective counsel, hereby stipulate and request that the presently-scheduled March 29, 2013 Expert Disclosure date be continued to April 23, 2013, and the April 8, 2013 Rebuttal Expert Disclosure date be continued to May 3, 2013 based on the following:

The last day to complete fact discovery in this matter is April 23, 2013.

Multiple depositions are scheduled during the next several weeks and the parties intend to have their experts review and potentially include information from these depositions in their FRCP Rule 26 reports. Moving the expert disclosure dates will accommodate this.

Continuing the Expert Disclosure date and the Rebuttal Expert date will not affect any other dates in this case.

**SO STIPULATED.**

Dated:  March 22, 2013                              BERTRAND, FOX AND ELLIOT

                                                    By: /s/ *Richard W. Osman*
                                                        Richard W. Osman
                                                        Attorneys for Defendants

Dated:  March 22, 2013                              LAW OFFICE OF JAMES D. RUSH

                                                    By: /s/ *James D. Rush*
                                                        James D. Rush
                                                        Attorneys for Plaintiffs

Dated:  March 22, 2013                              GEARINGER LAW GROUP

                                                    By: /s/ *Brian K. Gearinger*
                                                        Brian K. Gearinger
                                                        Attorneys for Plaintiffs

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SUBMISSION OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

**[PROPOSED] ORDER**

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Expert Disclosure date is continued from March 29, 2013 to April 23, 2013 and the Rebuttal Expert date is continued from April 8, 2013 to May 3, 2013.

**IT IS SO ORDERED.**

DATED: March 25, 2013

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

---

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SUBMISSION OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ