1  Thomas F. Bertrand, SBN 056560
   Richard W. Osman, SBN 167993
2  BERTRAND, FOX & ELLIOT
3  2749 Hyde Street
   San Francisco, Ca  94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5  Email: rosman@bfesf.com

6  Attorneys for Defendants
   CITY OF SAN RAFAEL,
7  RYAN DEMARTA and RYAN COGBILL

   Brian K. Gearinger, SBN 146125
   GEARINGER LAW GROUP
   825 Van Ness Ave., 4th Floor
   San Francisco, CA 94109
   Telephone: (415) 440-3175
   Facsimile: (415) 440-3103
   Email: brian@gearingerlaw.com

   Attorneys for Plaintiffs
   GREGORY L. SULLIVAN and
   KOJI FUJITA

8
9  James D. Rush, SBN 240284
   LAW OFFICES OF JAMES D. RUSH, APC
10 7665 Redwood Boulevard, Suite 200
   Novato, CA 94945
11 Telephone: (415) 897-4801
   Facsimile:  (415) 897-5316
12
13 Attorney for Plaintiffs
   GREGORY L. SULLIVAN and
14 KOJI FUJITA

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18
19 GREGORY L. SULLIVAN and
   KOJI FUJITA,
                                            Case No.: CV 12-01922 MEJ
20
        Plaintiffs,
21             v.                           **STIPULATION AND [PROPOSED] ORDER
                                            TO CONTINUE DATE FOR DISCLOSURE OF
22 CITY OF SAN RAFAEL, a government         EXPERTS AND DISCLOSURE OF
   entity; SAN RAFAEL POLICE                REBUTTAL EXPERTS**
23 DEPARTMENT, a government entity;
   RYAN DEMARTA, individually, and in
24 his capacity as police officer for the CITY
25 OF SAN RAFAEL; RYAN COGBILL,
   individually, and in his capacity as police
26 officer for the CITY OF SAN RAFAEL;
27 and DOES 1 to 100,

28      Defendants.

---
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR EXPERT DISCLOSURES AND
DISCLOSURE OF REBUTTAL EXPERTS
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

The parties, by and through their respective counsel, hereby stipulate and request that the presently-scheduled March 29, 2013 Expert Disclosure date be continued to April 23, 2013, and the April 8, 2013 Rebuttal Expert Disclosure date be continued to May 3, 2013 based on the following:

The last day to complete fact discovery in this matter is April 23, 2013.

Multiple depositions are scheduled during the next several weeks and the parties intend to have their experts review and potentially include information from these depositions in their FRCP Rule 26 reports. Moving the expert disclosure dates will accommodate this.

Continuing the Expert Disclosure date and the Rebuttal Expert date will not affect any other dates in this case.

**SO STIPULATED.**

Dated: March 22, 2013                                       BERTRAND, FOX AND ELLIOT

                                                            By: /s/ *Richard W. Osman*
                                                                Richard W. Osman
                                                                Attorneys for Defendants


Dated: March 22, 2013                                       LAW OFFICE OF JAMES D. RUSH

                                                            By: /s/ *James D. Rush*
                                                                James D. Rush
                                                                Attorneys for Plaintiffs


Dated: March 22, 2013                                       GEARINGER LAW GROUP

                                                            By: /s/ *Brian K. Gearinger*
                                                                Brian K. Gearinger
                                                                Attorneys for Plaintiffs

///

///

///

///

///

///

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SUBMISSION OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

**[PROPOSED] ORDER**

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Expert Disclosure date is continued from March 29, 2013 to April 23, 2013 and the Rebuttal Expert date is continued from April 8, 2013 to May 3, 2013.

**IT IS SO ORDERED.**

DATED: March 25, 2013

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE