UNITED STATES DISTRICT COURT

Northern District of California

GREGORY L SULLIVAN,                 No. C 12-01922 MEJ

        Plaintiff(s),                    **ORDER VACATING HEARING**

  v.

CITY OF SAN RAFAEL,

        Defendant(s).

_____/

This matter is currently scheduled for a hearing regarding Plaintiff's Motion for Partial Summary Judgment on April 4, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the April 4 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: April 2, 2013

                                           _____
                                           Maria-Elena James
                                           United States Magistrate Judge