UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GREGORY L SULLIVAN,<br><br>   Plaintiff(s),<br><br> v.<br><br>CITY OF SAN RAFAEL,<br><br>   Defendant(s).<br>_____/ | No. C 12-01922 MEJ<br><br>**ORDER VACATING HEARING** |

  This matter is currently scheduled for a hearing regarding Plaintiff's Motion for Partial Summary Judgment on April 4, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the April 4 hearing. The Court shall issue an order forthwith.

  **IT IS SO ORDERED.**

Dated: April 2, 2013

                 _____
                 Maria-Elena James
                 United States Magistrate Judge