| | | |
|---|---|---|
| 1 | Thomas F. Bertrand, SBN 056560 | Brian K. Gearinger, SBN 146125 |
| 2 | Richard W. Osman, SBN 167993<br>BERTRAND, FOX & ELLIOT | GEARINGER LAW GROUP<br>825 Van Ness Ave., 4th Floor |
| 3 | 2749 Hyde Street<br>San Francisco, Ca  94109 | San Francisco, CA 94109<br>Telephone: (415) 440-3175 |
| 4 | Telephone: (415) 353-0999 | Facsimile: (415) 440-3103 |
| 5 | Facsimile:  (415) 353-0990<br>Email: rosman@bfesf.com | Email: brian@gearingerlaw.com |
| 6 | Attorneys for Defendants | Attorneys for Plaintiffs<br>GREGORY L. SULLIVAN and |
| 7 | CITY OF SAN RAFAEL,<br>RYAN DEMARTA and RYAN COGBILL | KOJI FUJITA |

James D. Rush, SBN 240284
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, CA 94945
Telephone: (415) 897-4801
Facsimile:  (415) 897-5316

Attorney for Plaintiffs
GREGORY L. SULLIVAN and
KOJI FUJITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. SULLIVAN and<br>KOJI FUJITA,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 100,<br><br>  Defendants. | Case No.: CV 12-01922 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES FOR EXPERT DISCLOSURES AND DISCLOSURES OF REBUTTAL EXPERTS** |

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES FOR EXPERT DISCLOSURES AND
DISCLOSURES OF REBUTTAL EXPERTS
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

**RECITALS**

1. The parties, by and through their respective counsel, previously stipulated and requested that the March 29, 2013 Expert Disclosure date be continued to April 23, 2013, and the April 8, 2013 Rebuttal Expert Disclosure date be continued to May 3, 2013.  [Dkt. No.42.]

2. Based on the Stipulation of March 22, 2013, on March 25, 2013 the Court ordered that the Expert Disclosure date be continued from March 29, 2013 to April 23, 2013 and the Rebuttal Expert date be continued from April 8, 2013 to May 3, 2013. [Dkt. No.43.]

**STIPULATION**

3. The parties, by and through their respective counsel, hereby stipulate and request that the presently-scheduled April 23, 2013 Expert Disclosure date be continued to May 7, 2013, and the May 3, 2013 Rebuttal Expert Disclosure date be continued to May 17, 2013.

4. Multiple depositions have been taken in the last week and the parties intend to have their experts review and potentially include information from these depositions in their FRCP Rule 26 reports.  One deposition is still pending on April 9, 2013 and the parties' experts need time to review all of the deposition transcripts prior to expert disclosures. Moving the expert disclosure dates will accommodate this.  Continuing the Expert Disclosure date and the Rebuttal Expert date will not affect any other dates in this case.

**SO STIPULATED.**

Dated:  April 4, 2013                                BERTRAND, FOX AND ELLIOT

                                                By: /s/ *Richard W. Osman*
                                                    Richard W. Osman
                                                    Attorneys for Defendants

Dated:  April 4, 2013                                LAW OFFICE OF JAMES D. RUSH

                                                By: /s/ *James D. Rush*
                                                    James D. Rush

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES FOR EXPERT DISCLOSURES AND DISCLOSURES OF REBUTTAL EXPERTS
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

Attorneys for Plaintiffs

Dated: April 4, 2013                               GEARINGER LAW GROUP

                                                   By:  /s/ *Brian K. Gearinger*
                                                        Brian K. Gearinger
                                                        Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Expert Disclosure date is continued from April 23, 2013 to May 7, 2013 and the Rebuttal Expert date is continued from May 3, 2013 to May 17, 2013.

**IT IS SO ORDERED.**

DATED: April 23, 2013

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

---

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES FOR EXPERT DISCLOSURES AND DISCLOSURES OF REBUTTAL EXPERTS
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ