Thomas F. Bertrand, SBN 056560
Richard W. Osman, SBN 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, Ca  94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
CITY OF SAN RAFAEL,
RYAN DEMARTA and RYAN COGBILL

James D. Rush, SBN 240284
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, CA 94945
Telephone: (415) 897-4801
Facsimile:  (415) 897-5316

Attorney for Plaintiffs
GREGORY L. SULLIVAN and
KOJI FUJITA

Brian Gearinger, SBN 146125
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109
Telephone: (415) 440-3175
Facsimile: (415) 440-3103
Email: brian@gearingerlaw.com

Attorneys for Plaintiffs
GREGORY L. SULLIVAN and
KOJI FUJITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY L. SULLIVAN and
KOJI FUJITA,

     Plaintiffs,

              v.

CITY OF SAN RAFAEL, a government
entity; SAN RAFAEL POLICE
DEPARTMENT, a government entity;
RYAN DEMARTA, individually, and in
his capacity as police officer for the CITY
OF SAN RAFAEL; RYAN COGBILL,
individually, and in his capacity as police
officer for the CITY OF SAN RAFAEL;
and DOES 1 to 100,

     Defendants.

Case No.: CV 12-01922 MEJ

**STIPULATION AND [~~PROPOSED~~] ORDER
TO CONTINUE DATES FOR EXPERT
DISCLOSURES AND DISCLOSURES OF
REBUTTAL EXPERTS**

**STIPULATION**

1.      The parties, by and through their respective counsel, hereby stipulate and request that the presently-scheduled May 7, 2013 Expert Disclosure date be continued to May 17, 2013, and the May 17, 2013 Rebuttal Expert Disclosure date be continued to May 31, 2013.

2.      Brian Gearinger, co-counsel for Plaintiffs, is responsible for retaining Plaintiffs' police practices expert and providing all relevant materials to the expert necessary for the expert's preparation of his Federal Rule of Civil Procedure 26(a)(2)(B) written report. Mr. Gearinger will be attending a funeral out-of-state such that he will not be able to oversee the timely completion of the report of Plaintiff's police practices. Mr. Gearinger explained his situation to Richard Osman, counsel for Defendants. Mr. Osman graciously agreed to stipulate to Mr. Gearinger's request to extend the deadlines relating to Expert Disclosures and Rebuttal Expert Disclosures.

3.       Moving the Expert Disclosure date and the Rebuttal Expert date will not affect any other dates in this case.

**SO STIPULATED.**

Dated:  May 6, 2013                                  BERTRAND, FOX AND ELLIOT

                                                      By: /s/ *Richard W. Osman*_____
                                                          Richard W. Osman
                                                          Attorneys for Defendants

Dated:  May 6, 2013                                  LAW OFFICE OF JAMES D. RUSH

                                                      By:  /s/ *James D. Rush*_____
                                                          James D. Rush
                                                          Attorneys for Plaintiffs

Dated:  May 6, 2013                                  GEARINGER LAW GROUP

                                                      By:  /s/ *Brian Gearinger*_____
                                                          Brian Gearinger
                                                          Attorneys for Plaintiffs

_____
                                          1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES FOR EXPERT DISCLOSURES AND
DISCLOSURES OF REBUTTAL EXPERTS
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

1

2                          [~~PROPOSED~~] ORDER

3        Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Expert

4   Disclosure date is continued from May 7, 2013 to May 17, 2013 and the Rebuttal Expert date is

5   continued from May 17, 2013 to May 31, 2013.

6        **IT IS SO ORDERED.**

7

8   DATED: _____May 9, 2013_____

9                                              _____
                                               HONORABLE MARIA-ELENA JAMES
10                                             UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               2
    STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES FOR EXPERT DISCLOSURES AND
    DISCLOSURES OF REBUTTAL EXPERTS
    *Sullivan v. City of San Rafael, et al.*
    U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ