| | |
|---|---|
| Thomas F. Bertrand, SBN 056560 | Brian K. Gearinger, SBN 146125 |
| Richard W. Osman, SBN 167993 | GEARINGER LAW GROUP |
| BERTRAND, FOX & ELLIOT | 825 Van Ness Ave., 4th Floor |
| 2749 Hyde Street | San Francisco, CA 94109 |
| San Francisco, Ca 94109 | Telephone: (415) 440-3175 |
| Telephone: (415) 353-0999 | Facsimile: (415) 440-3103 |
| Facsimile: (415) 353-0990 | Email: brian@gearingerlaw.com |
| Email: rosman@bfesf.com | |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| CITY OF SAN RAFAEL, | GREGORY L. SULLIVAN and |
| RYAN DEMARTA and RYAN COGBILL | KOJI FUJITA |

James D. Rush, SBN 240284
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, CA 94945
Telephone: (415) 897-4801
Facsimile: (415) 897-5316

Attorney for Plaintiffs
GREGORY L. SULLIVAN and
KOJI FUJITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 100, <br><br> Defendants. | Case No.: CV 12-01922 MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED BRIEFING SCHEDULE** |

## RECITALS

1. Defendants' Motion for Partial Summary Judgment is currently set for June 27, 2013 at 10:00 a.m. before Hon. Maria-Elena James in Courtroom B of this Court.

2. The mandatory response deadline to the aforementioned motion is June 6, 2013 and the mandatory reply deadline is June 13, 2013.

3. Subsequent to participating in mediation with Judge James Larson (Ret.), the parties have continued settlement discussions. The parties desire to engage in further settlement discussions before requesting the court to expend additional time on the aforementioned motion. Therefore, the parties are requesting the court to order a two-week continuance of the hearing on the aforementioned motion and the related briefing schedule.

## STIPULATION

Therefore, counsel for Plaintiffs and Defendants agree and stipulate as follows:

1. To continue the hearing date, subject to availability on Judge James' calendar, for Defendants' Motion for Partial Summary Judgment currently set for June 27, 2013 to July 11, 2013.

2. To continue the corresponding response and reply deadlines to the aforementioned motion to June 20, 2013 and June 27, 2013, respectively.

**SO STIPULATED.**

Dated: May 31, 2013                                           BERTRAND, FOX AND ELLIOT

By: /s/ *Richard W. Osman*
Richard W. Osman
Attorneys for Defendants

Dated: May 31, 2013                                           LAW OFFICE OF JAMES D. RUSH

By: /s/ *James D. Rush*
James D. Rush
Attorneys for Plaintiffs

Dated: May 31, 2013                                           GEARINGER LAW GROUP

By: /s/ *Brian K. Gearinger*
Brian K. Gearinger
Attorneys for Plaintiffs

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SUBMISSION OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

## [~~PROPOSED~~] ORDER

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that Defendants' Motion for Partial Summary Judgment be continued to July 11, 2013 and the corresponding response and reply deadlines be continued to June 20, 2013 and June 27, 2013, respectively.

**IT IS SO ORDERED.**

DATED: __June 3, 2013__        _____
                            HONORABLE MARIA-ELENA JAMES
                            UNITED STATES MAGISTRATE JUDGE

---

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SUBMISSION OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ