1
2
3
4                   UNITED STATES DISTRICT COURT
5                    Northern District of California
6

7   GREGORY L. SULLIVAN and KOJI            No. C 12-1922 MEJ
    FUJITA,
8                 Plaintiffs,               **STATUS ORDER**
9          v.
10  CITY OF SAN RAFAEL, a government entity;
    SAN RAFAEL POLICE DEPARTMENT, a
11  government entity; RYAN DEMARTA,
    individually, and in his capacity as police
12  officer for CITY OF SAN RAFAEL; RYAN
    COGBILL, individually, and in his capacity as
13  police officer for the CITY OF SAN RAFAEL;
    and DOES 1 to 50,
14                 Defendants..
15  _____/

16        On July 2, 2013, the Court granted in part and denied in part Defendants' summary judgment

17  motion.  Pretrial filings are now due September 12, 2013, with trial scheduled to commence on

18  October 28, 2013.  However, the Court finds that it would be beneficial for the parties to participate

19  in further mediation discussions.  Accordingly, the Court ORDERS the parties to file a joint status

20  report by July 15, 2013.  In their report, the parties shall indicate whether they wish to continue

21  private mediation or whether they wish to be referred to another magistrate judge for a settlement

22  conference.  The parties shall also indicate whether they would like a continuance of any pending

23  pretrial or trial deadlines while they continue with mediation.

24        **IT IS SO ORDERED.**

25

26  Dated: July 2, 2013

27                                          _____
                                            Maria-Elena James
                                            United States Magistrate Judge
28

*UNITED STATES DISTRICT COURT*
*For the Northern District of California*