UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA,<br><br>              Plaintiffs,<br>   v.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 50,<br><br>              Defendants.. | No. C 12-1922 MEJ<br><br>**STATUS ORDER** |

On July 2, 2013, the Court granted in part and denied in part Defendants' summary judgment motion. Pretrial filings are now due September 12, 2013, with trial scheduled to commence on October 28, 2013. However, the Court finds that it would be beneficial for the parties to participate in further mediation discussions. Accordingly, the Court ORDERS the parties to file a joint status report by July 15, 2013. In their report, the parties shall indicate whether they wish to continue private mediation or whether they wish to be referred to another magistrate judge for a settlement conference. The parties shall also indicate whether they would like a continuance of any pending pretrial or trial deadlines while they continue with mediation.

**IT IS SO ORDERED.**

Dated: July 2, 2013

                                            Maria-Elena James
                                            United States Magistrate Judge