**GEARINGER LAW GROUP**
825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA 94109-7847
(415) 440-3102

BRIAN GEARINGER (State Bar #146125)
R. STEPHEN M. LAROE (State Bar #245269)

JAMES D. RUSH (STATE BAR # 240284)
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, CA 94945
Telephone: 415.897.4801
Facsimile: 415.897.5316
jr@rushlawoffices.com

ATTORNEYS FOR PLAINTIFFS
Gregory L. Sullivan and Koji Fujita

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, RYAN COGBILL, individually; and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No. C 12-1922 MEJ<br><br>**REQUEST FOR PLAINTIFF KOJI FUJITA TO APPEAR AT MANDATORY SETTLEMENT CONFERENCE VIA TELEPHONE**<br>ORDER<br><br>Settlement Conference Date: August 12, 2013<br>Time: 10:00 a.m.<br>Court: Courtroom C, 15th Floor<br>Settlement Conference Judge: Hon. Laurel Beeler<br><br>Trial Date: October 28, 2013 |

Plaintiff KOJI FUJITA hereby requests that the court excuse his personal attendance at the mandatory settlement conference in the above-entitled action set for August 12, 2013 in Courtroom C, 15th Floor, with United States Magistrate Judge Laurel Beeler. Mr. Fujita requests that the court allow him to attend the settlement conference via telephone because personal

1  attendance would cause him an extraordinary and unjustified hardship due to his current medical
2  condition.
3      On August 12, 2013, Mr. Fujita will be undergoing chemotherapy and the trip from his
4  home in San Rafael to the courtroom in San Francisco will create an unnecessary hardship.  His
5  co-plaintiff and partner, Greg Sullivan, will be present in person at the settlement conference and
6  Mr. Fujita will be available via telephone as necessary throughout the entire conference as
7  required.
8  Dated: July 25, 2013

By: /s/ James D. Rush
JAMES D. RUSH
LAW OFFICES OF JAMES D. RUSH, APC
ATTORNEYS FOR PLAINTIFFS

Date:   August 7, 2013



REQUEST FOR TELEPHONIC APPEARANCE BY PARTY AT MSC    2    U.S. DISTRICT COURT, CASE NO. Case No. C 12-1922 MEJ