1  Thomas F. Bertrand, State Bar No. 056560
   Richard W. Osman, State Bar No. 167993
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990
   Email: rosman@bfesf.com
6
7  Attorneys for Defendant
   CITY OF SAN RAFAEL,
8  RYAN DEMARTA and RYAN COGBILL

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

13

14 GREGORY L. SULLIVAN and KOJI FUJITA,

           Plaintiffs,                          Case No. CV 12-01922 MEJ
15
16 v.
                                                **[PROPOSED] ORDER EXCUSING OFFICERS
17 CITY OF SAN RAFAEL, a government entity;     RYAN COGBILL AND RYAN DEMARTA FROM
   SAN RAFAEL POLICE DEPARTMENT, a              SETTLEMENT CONFERENCE**
18 government entity; RYAN DEMARTA,
   individually, and in his capacity as police
19 officer for the CITY OF SAN RAFAEL;          **Hearing Date:** Monday, August 12, 2013
   RYAN COGBILL, individually, and in his       **Time:**          10:00 a.m.
20 capacity as police officer for the CITY OF SAN **Courtroom:**    C, 15th Floor
   RAFAEL; and DOES 1 to 100,                   **Judge:**         Hon. Laurel Beeler
21
22        Defendants.

23

24     Upon application by defendants CITY OF SAN RAFAEL, SAN RAFAEL POLICE

25 DEPARTMENT and OFFICERS RYAN COGBILL and RYAN DEMARTA, it is hereby ordered as

26 follows:

27     OFFICERS RYAN COGBILL and RYAN DEMARTA are hereby excused from attending the

28 Settlement Conference in this action, scheduled for August 12, 2013.  Diane Caravello, Senior Claims

---

1

1  Adjuster for George Hills Company, Inc. will attend the Settlement Conference on behalf of CITY OF
2  SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT and OFFICERS RYAN COGBILL and
3  RYAN DEMARTA.
4  **IT IS SO ORDERED.**

6  Dated: August 7, 2013

   _____
   Honorable Laurel Beeler
   UNITED STATES MAGISTRATE JUDGE