Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendant
CITY OF SAN RAFAEL,
RYAN DEMARTA and RYAN COGBILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 100,<br><br>        Defendants. | Case No. CV 12-01922 MEJ<br><br>**[PROPOSED] ORDER EXCUSING OFFICERS RYAN COGBILL AND RYAN DEMARTA FROM SETTLEMENT CONFERENCE**<br><br>**Hearing Date:** Monday, August 12, 2013<br>**Time:**              10:00 a.m.<br>**Courtroom:**     C, 15th Floor<br>**Judge:**            Hon. Laurel Beeler |

Upon application by defendants CITY OF SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT and OFFICERS RYAN COGBILL and RYAN DEMARTA, it is hereby ordered as follows:

OFFICERS RYAN COGBILL and RYAN DEMARTA are hereby excused from attending the Settlement Conference in this action, scheduled for August 12, 2013.  Diane Caravello, Senior Claims

1  Adjuster for George Hills Company, Inc. will attend the Settlement Conference on behalf of CITY OF
2  SAN RAFAEL, SAN RAFAEL POLICE DEPARTMENT and OFFICERS RYAN COGBILL and
3  RYAN DEMARTA.

4     **IT IS SO ORDERED.**

6  Dated: August 7, 2013

   _____
   Honorable Laurel Beeler
   UNITED STATES MAGISTRATE JUDGE