Thomas F. Bertrand, SBN 056560
Richard W. Osman, SBN 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, Ca  94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendants
CITY OF SAN RAFAEL,
RYAN DEMARTA and RYAN COGBILL

Brian K. Gearinger, SBN 146125
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109
Telephone: (415) 440-3175
Facsimile: (415) 440-3103
Email: brian@gearingerlaw.com

Attorneys for Plaintiffs
GREGORY L. SULLIVAN and
KOJI FUJITA

James D. Rush, SBN 240284
LAW OFFICES OF JAMES D. RUSH, APC
7665 Redwood Boulevard, Suite 200
Novato, CA 94945
Telephone: (415) 897-4801
Facsimile:  (415) 897-5316

Attorney for Plaintiffs
GREGORY L. SULLIVAN and
KOJI FUJITA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA,<br><br>         Plaintiffs,<br>               v.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 100,<br><br>         Defendants. | Case No.: CV 12-01922 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DATES** |

The parties, by and through their respective counsel, hereby stipulate and request that the following presently-scheduled pretrial dates be continued, as indicated, to accommodate the parties' ongoing settlement efforts.

1. Last day to meet and confer re pretrial matters – presently set for August 28, 2013. Requested continuance to September 16, 2013.

2. Last day to file joint pretrial statement and motions in limine - presently set for September 12, 2013. Requested continuance to September 26, 2013.

3. Last day to file oppositions re in limine motions – presently set for September 19, 2013. Requested continuance to October 3, 2013.

4. Last day to file joint jury instructions, verdict form, trial briefs and proposed voir dire – presently set for September 27, 2013. Requested continuance to October 7, 2013.

5. Pretrial conference – presently set for September 26, 2013. Requested continuance to October 10, 2013.

The above requests are based on the parties' ongoing settlement efforts. On July 2, 2013, this Court issued a Status Order suggesting the parties would benefit from further settlement discussions. In the same order, this Court requested the parties submit a joint status report and stated: "The parties shall also indicate whether they would like a continuance of any pending pretrial or trial deadlines while they continue with mediation."

The parties agreed to submit the matter, which previously had been mediated, to Judge Beeler for a settlement conference. The settlement conference was held on August 12, 2013 and did not result in settlement. However, Judge Beeler suggested the parties continue their efforts and a further settlement conference has been scheduled for September10, 2013. Because the joint pretrial statement and motions in limine are due on September 12, 2013 and jury instructions, proposed voir dire and trial briefs are due on September 27, 2013, if the pretrial filing deadlines and other related dates are not continued, the parties will all be in the unfortunate position of committing significant resources to trial preparation in a matter they are attempting to resolve.

Continuing these dates should not affect the currently-scheduled final pretrial conference and

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

1 | trial date.

2 | **SO STIPULATED.**

3 | Dated:  August 23, 2013                    BERTRAND, FOX AND ELLIOT

4 |                                         By: /s/ *Richard W. Osman*
                                                Richard W. Osman
5 |                                             Attorneys for Defendants

6 |

7 | Dated:  August 23, 2013                    LAW OFFICE OF JAMES D. RUSH

8 |                                         By: /s/ *James D. Rush*
                                                James D. Rush
9 |                                             Attorneys for Plaintiffs

10 |

11 | Dated:  August 23, 2013                    GEARINGER LAW GROUP

12 |                                        By: /s/ *Brian K. Gearinger*
                                                Brian K. Gearinger
13 |                                            Attorneys for Plaintiffs

14 |

15 |

16 |

17 | ///

18 | ///

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 |

27 |

28 |

**[PROPOSED] ORDER**

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that:

1. the last day to meet and confer re pretrial matters, presently set for August 28, 2013 be continued to September 16, 2013.

2. The last day to file joint pretrial statement and motions in limine, presently set for September 12, 2013, be continued to September 26, 2013.

3. The last day to file oppositions re in limine motions, presently set for September 19, 2013, be continued to October 3, 2013.

4. The last day to file joint jury instructions, verdict form, trial briefs and proposed voir dire, presently set for September 27, 2013, be continued to October 7, 2013.

5. The Pretrial Conference, presently set for September 26, 2013, be continued to October 10, 2013 at 10:00 a.m.

6. The final Pretrial Conference remains scheduled for October 24, 2013 at 10:00 a.m.

7. Trial remains scheduled for October 28, 2013, commencing at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: August 27, 2013

HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

---

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ