1  Thomas F. Bertrand, SBN 056560
   Richard W. Osman, SBN 167993
2  BERTRAND, FOX & ELLIOT
3  2749 Hyde Street
   San Francisco, Ca  94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5  Email: rosman@bfesf.com

6  Attorneys for Defendants
7  CITY OF SAN RAFAEL,
   RYAN DEMARTA and RYAN COGBILL

8

9  James D. Rush, SBN 240284
   LAW OFFICES OF JAMES D. RUSH, APC
10 7665 Redwood Boulevard, Suite 200
   Novato, CA 94945
11 Telephone: (415) 897-4801
12 Facsimile:  (415) 897-5316

13 Attorney for Plaintiffs
   GREGORY L. SULLIVAN and
14 KOJI FUJITA

   Brian K. Gearinger, SBN 146125
   GEARINGER LAW GROUP
   825 Van Ness Ave., 4th Floor
   San Francisco, CA 94109
   Telephone: (415) 440-3175
   Facsimile: (415) 440-3103
   Email: brian@gearingerlaw.com

   Attorneys for Plaintiffs
   GREGORY L. SULLIVAN and
   KOJI FUJITA

15
16                    UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA
18

|  |  |
|---|---|
| GREGORY L. SULLIVAN and KOJI FUJITA,<br><br>        Plaintiffs,<br>            v.<br><br>CITY OF SAN RAFAEL, a government entity; SAN RAFAEL POLICE DEPARTMENT, a government entity; RYAN DEMARTA, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; RYAN COGBILL, individually, and in his capacity as police officer for the CITY OF SAN RAFAEL; and DOES 1 to 100,<br><br>        Defendants. | Case No.: CV 12-01922 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DATES** |

The parties, by and through their respective counsel, hereby stipulate and request that the following presently-scheduled pretrial dates be continued, as indicated, to accommodate the parties' ongoing settlement efforts.

1. Last day to meet and confer re pretrial matters – presently set for August 28, 2013. Requested continuance to September 16, 2013.

2. Last day to file joint pretrial statement and motions in limine - presently set for September 12, 2013. Requested continuance to September 26, 2013.

3. Last day to file oppositions re in limine motions – presently set for September 19, 2013. Requested continuance to October 3, 2013.

4. Last day to file joint jury instructions, verdict form, trial briefs and proposed voir dire – presently set for September 27, 2013. Requested continuance to October 7, 2013.

5. Pretrial conference – presently set for September 26, 2013. Requested continuance to October 10, 2013.

The above requests are based on the parties' ongoing settlement efforts. On July 2, 2013, this Court issued a Status Order suggesting the parties would benefit from further settlement discussions. In the same order, this Court requested the parties submit a joint status report and stated: "The parties shall also indicate whether they would like a continuance of any pending pretrial or trial deadlines while they continue with mediation."

The parties agreed to submit the matter, which previously had been mediated, to Judge Beeler for a settlement conference. The settlement conference was held on August 12, 2013 and did not result in settlement. However, Judge Beeler suggested the parties continue their efforts and a further settlement conference has been scheduled for September10, 2013. Because the joint pretrial statement and motions in limine are due on September 12, 2013 and jury instructions, proposed voir dire and trial briefs are due on September 27, 2013, if the pretrial filing deadlines and other related dates are not continued, the parties will all be in the unfortunate position of committing significant resources to trial preparation in a matter they are attempting to resolve.

Continuing these dates should not affect the currently-scheduled final pretrial conference and

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

1  trial date.

2  **SO STIPULATED.**

3  Dated:  August 23, 2013                           BERTRAND, FOX AND ELLIOT

4                                                    By: /s/ *Richard W. Osman*
5                                                         Richard W. Osman
                                                          Attorneys for Defendants
6

7  Dated:  August 23, 2013                           LAW OFFICE OF JAMES D. RUSH

8                                                    By:  /s/ *James D. Rush*
                                                          James D. Rush
9                                                         Attorneys for Plaintiffs

10

11  Dated:  August 23, 2013                          GEARINGER LAW GROUP

12                                                   By:  /s/ *Brian K. Gearinger*
                                                          Brian K. Gearinger
13                                                        Attorneys for Plaintiffs

14

15

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
*Sullivan v. City of San Rafael, et al.*
U.S.D.C. Northern District of CA Case No. CV-12-01922 MEJ

# [~~PROPOSED~~] ORDER

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that:

1. the last day to meet and confer re pretrial matters, presently set for August 28, 2013 be continued to September 16, 2013.

2. The last day to file joint pretrial statement and motions in limine, presently set for September 12, 2013, be continued to September 26, 2013.

3. The last day to file oppositions re in limine motions, presently set for September 19, 2013, be continued to October 3, 2013.

4. The last day to file joint jury instructions, verdict form, trial briefs and proposed voir dire, presently set for September 27, 2013, be continued to October 7, 2013.

5. The Pretrial Conference, presently set for September 26, 2013, be continued to October 10, 2013 at 10:00 a.m.

6. The final Pretrial Conference remains scheduled for October 24, 2013 at 10:00 a.m.

7. Trial remains scheduled for October 28, 2013, commencing at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: August 27, 2013

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE